NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAMMY R. BRIGHAM,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2012-3129

---

Petition for review of an arbitrator's decision in case nos. BR-2011-R-0004 and BR-2011-R-0018 by Daniel L. Feinstein.

---

## ON MOTION

---

## ORDER

Tammy R. Brigham moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tammy R. Brigham
Jeanne E. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 1 4 2012

**JAN HORBALY**
**CLERK**